# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| | Cr. No. 07- |
| UNITED STATES OF AMERICA : | |
| : | Violations: |
| : | **18 U.S.C. § 666 (Theft From Program** |
| **v.** : | **Receiving Federal Funds)** |
| : | **18 U.S.C. § 641 (Conversion of Public** |
| : | **Money)** |
| BRENDA BELTON, : | **18 U.S.C. § 152 (Bankruptcy Fraud)** |
| : | **26 U.S.C. § 7201 ( Federal Tax Evasion)** |
| Defendant. : | **47 D.C. Code § 4101(a) (DC Tax Evasion)** |
| : | |

## INFORMATION

The United States Attorney informs the Court that:

### Introduction

At all times material to this Information:

1. Defendant BRENDA BELTON (hereinafter "defendant BELTON" or "BELTON") lived on Argyle Terrace, NW, in Washington, D.C. from April 2003 through June 2006.

2. On or about March 1, 2003, BELTON became the Executive Director, Compliance Division, Office of Charter School Oversight ("OCSO"), D.C. Public Schools ("DCPS"). OCSO had no more than five employees, including BELTON, at any time during her tenure.

3. The D.C. School Reform Act of 1995, as amended, identifies two eligible chartering authorities, the D.C. Board of Education (BOE) and the Public Charter School Board (PCSB). The BOE Charter Schools are run out of the OCSO. For the 2005/2006 school year, OCSO supervised 17 and PCSB supervised 34 charter schools.

4. The OCSO and its programs were funded by the District,  the Federal Government

through the No Child Left Behind Act (NCLB), and by a Central Investment Fund (CIF).  The

CIF consisted of 1% of the annual budgets of each of the BOE charter schools.  Money left in

the CIF belonged to the OCSO and did not have to be returned to the District at the end of the

fiscal year.

5.  Title 27 of the D.C. Municipal Regulations (DCMR) provides that Contracting

Officers are appointed by the Mayor of D.C. and are heads of the agencies or their delegated

appointees.  Only the contracting officer has the authority to enter into, administer, and

terminate contracts.  Under Title 27, BELTON had no contracting authority and it was never

delegated to her.

6.  One of the duties of the OCSO is to monitor the BOE charter schools.  Charter

school monitoring is a required annual evaluation for all D.C. charter schools.  It involves

examining all aspects of a charter school, including but not limited to:  teaching; student

achievement; financial management; governance; compliance with D.C. School Reform Act;

and parental involvement.

7.  NCLB was created to close the achievement gap between disadvantaged and

minority students and their peers.  The goal of NCLB is to strengthen Title I of the Elementary

and Secondary Education Act of 1965 by requiring states to implement statewide

accountability systems covering all public schools and students.  These systems are based on

challenging state standards in reading and mathematics, annual testing for all students in

grades 3 through 8, and annual statewide progress objectives ensuring that all groups of

students reach proficiency within 12 years.  States and the District are to use NCLB funds to

meet NCLB goals.

8.  During the 2003/2004 school year, NCLB gave OCSO and PCSB $1.9 million in appropriations to assist charter schools comply with NCLB.  The money had to be spent by October 1, 2004.  For the 2004/2005 school year, NCLB gave OCSO and PCSB $850,000 in NCLB appropriations.

9.  Equal Access, Inc. was an educational consulting company that was incorporated in August 2002.  Brenda WILLIAMS and Nadine EVANS, two of BELTON'S long-time friends, founded the company.

10.  Equal Access in Education ("EAIE") was a fictitious company created by BELTON in or about March 2005.  EAIE used the mailing address XX Underwood Place, NW, Washington, D.C. 20011.

11.  XX Underwood Place is a private residence that was owned by WILLIAMS from 1969 until 1990 when WILLIAMS sold it to BELTON.  EVANS lived at XX Underwood from approximately 1993 until July 2004 and intermittently paid BELTON rent.  In February 2003, while going through bankruptcy proceedings, BELTON sold XX Underwood Place to her daughter Lindsey HOLMES.

12.  The Tao Group was a real estate investment business created by HOLMES. BELTON used the name The Tao Group to advance her scheme to defraud.

13.  Habari Gani, dba WRG Publishing and Specialty Services and WRG Specialty Services, was a consulting business created by BELTON's close friend, Wanda GORDON. Without GORDON's permission or knowledge, BELTON used the name Habari Gani, to advance her scheme to defraud.

14.  The Zoee Group was a real estate investment business created by GORDON. Without GORDON's permission or knowledge, BELTON used the name The Zoee Group to advance her scheme to defraud.

### The Scheme

15.  From March 2003 through May 2006, BELTON used her position as the Executive Director of the OCSO to direct money belonging to DCPS and NCLB to her personal bank accounts and her daughter's personal bank account, to which she had access.  Over the three years, BELTON wrongfully paid herself approximately $418,826.25.  In addition, BELTON used her position to improperly obligate the government with respect to seven no-bid contracts totaling $444,620.99.  The primary beneficiaries of these contracts were BELTON's family members and friends.

16.  No other DCPS employees or PCSB employees were knowingly or intentionally involved in BELTON's  scheme and no other DCPS employees or PCSB employees obtained any money or other benefit from BELTON'S scheme.

### Purpose of the Scheme

17.  It was the purpose of the scheme for defendant BELTON to use her position to enrich herself by fraudulently obtaining money by directing money from DCPS and NCLB to her personal bank accounts, her business bank account and a bank account belonging to her daughter.

## COUNT ONE - Theft from Program Receiving Federal Funds (Monitoring)

18.  On or about January 2002, BELTON started a company by the name of BHX Consulting, Inc. (BHX) for the purpose of obtaining the OCSO monitoring contract for the 2001/2002 school year.  The OCSO granted BHX this sole source contract.

19.  From February 5, 2002 until September 18, 2002, BHX received $63, 240 in payments from the District of Columbia Government (District) for the OCSO monitoring contract.  Payments were submitted to BHX Consulting., LTD.,  P.O. Box 71615, Washington, DC 20024.  Funds were deposited into BHX's Bank of America account.

20.  From February 5, 2002 through September 18, 2002, BHX employed Linda SCOPE, Nadine EVANS and six others as consultants/independent contractors to assist with the monitoring and paid them a total of $27,145.

21.  While performing the OCSO monitoring contract under BHX, BELTON was also employed as a consultant for the Office of the Chief Academic Officer (OCAO), DCPS.  From June 2002 through September 2002, BELTON received $6,951.20 for her work with OCAO.

22.  From September 2002 through February 2003, BELTON worked as a Grant Writer in the DCPS, Office of Early Childhood Education (OECE).  During that time, BELTON received payroll compensation from DCPS totaling $22,751.99.

23.  On or about March 1, 2003, BELTON became the Executive Director, OCSO, DCPS at a salary of approximately $80,000 per year.  BELTON's responsibilities included oversight of the BOE charter schools, reviewing and recommending charter school applications to the BOE, and ensuring that BOE charter schools complied with the D.C. School Reform Act of 1995.

24.  Prior to BELTON becoming Executive Director, BOE decided that the OCSO needed to issue a Request for Proposal (RFP) for a monitor to replace BHX and switched from a sole-source contract to a competitively bid contract.  The BOE waited until BELTON began working in March 2003 to allow her to issue the RFP.

25.  Five individuals or groups applied for the monitoring contract:  Shelia HANDY, who held the monitoring contract for five years (1996-2001); Equal Access Inc. (EA Inc.); Educational Global Associates Inc.; Kidd Home Care International Inc.; and The Wilson Group.

26.  EA Inc. was created and incorporated by Brenda WILLIAMS, EVANS, and Gloria DONAGHUE in August 2002.  WILLIAMS has been BELTON'S friend for over 40 years. EVANS was introduced to BELTON approximately 15 years ago.  EVANS was also BELTON's tenant for approximately ten years at XX Underwood Place.  WILLIAMS and EVANS ran a bookstore called Nile Valley Books at 2828 Georgia Avenue, NW. DONAGHUE, who had no prior relationship to BELTON, left EA Inc. in 2003.

27.  In early April 2003, BELTON created a three-person Technical Evaluation Panel (TEP) to evaluate the proposals:  Pearl SANDIFER, BELTON'S Maid of Honor and the Godmother of BELTON'S daughter HOLMES, Lynn LONG, who later opened BOE charter school the Washington Academy Public Charter School, and Linda BUTLER.  BELTON served as the chairperson of the TEP.

28.  The normal process for the TEP required each panelist and the chairperson to report to the DCPS Office of Contracts and Acquisitions (OCA) to be orientated with the evaluation process and to fill out disclosure statements and conflict of interest statements.

However, BELTON circumvented the process such that the TEP never met and the required

disclosure statements and conflict of interest statements were never completed and submitted.

29.  BELTON returned the proposals to OCA after giving EA Inc. a 54-point margin

over the next competitive bid.

30.  On May 22, 2003, OCSO awarded EA Inc. a one-year monitoring contract for

$53,950.  In addition, four option years, which would require annual BOE approval, were

added to the contract.  This was EA Inc.'s first contract of any type and the only time EA Inc.

made any money.

31.  EA Inc. hired independent contractors to perform the monitoring services.  Though

the contract, based on EA Inc.'s bid, was for $53,950, EA Inc. received a total of $65,000 in

payments from the District for the 2002-2003 school year.

32.  After completion of the monitoring, EA Inc. submitted their monitoring reports for

BOE review.  At least one BOE member was not satisfied with the quality of EA Inc.'s reports

and BOE Member Peggy COOPER CAFRITZ recommended that BELTON request assistance

from HANDY for the 2003/2004 school year.

33.  For the 2003/2004 school year, if BELTON wanted EA Inc. to continue, BELTON

was required to sign and submit a "modification" indicating that she wished to exercise the

first option year.  The modification was submitted but never signed.  Because EA Inc. was no

longer going to complete the monitoring, Title 27 of the DCMR required that BELTON put the

monitoring contract up for competitive bidding.  Instead, BELTON exercised the first option

year in EA Inc.'s original contract by leaving EA Inc. as the contracting party in name but

subcontracting all of the work.

34.  BELTON told HANDY (operating as the Green Handy Group), who helped design the DC charter school program while serving as a deputy superintendent of DCPS, and Sandra FITZGERALD (operating as the Fitzgerald Consulting Service), who retired after spending 21 years as a DCPS principal and who had prior monitoring experience, that EA Inc. wanted to subcontract the work and that the two would work together for the 2003/2004 school year.

35.  For the 2003/2004 school year, BELTON told HANDY and FITZGERALD that she would pay the two of them $55,000 to monitor fifteen charter schools, as well $10,000 to perform the five year review for five of the charter schools.  HANDY and FITZGERALD, and their respective contractors, divided the schools and monitoring responsibilities.  BELTON never provided HANDY or FITZGERALD with a contract to formalize the arrangement.

36.  Based on BELTON'S instructions, HANDY and FITZGERALD billed EA Inc. for their services but never submitted their invoices directly to EA Inc., and never met with any employees or representatives of EA Inc.  HANDY and FITZGERALD delivered their invoices directly to BELTON.  Both HANDY and FITZGERALD repeatedly complained to BELTON and the OCSO staff that it was taking too long for them to be paid and to receive their tax forms.

37.  After receiving the invoices from HANDY and FITZGERALD, BELTON combined them and created one invoice in the name of EA Inc. to submit to DCPS for payment.  DCPS Office of the Chief Financial Officer (OCFO) processed checks payable to EA Inc. (2828 Georgia Ave, NW, Washington, DC).  Based on the documents manufactured by BELTON, EA Inc. paid HANDY and FITZGERALD as IRS tax code 1099 employees.

38.  BELTON told WILLIAMS and EVANS that HANDY or FITZGERALD would be directly taking over the monitoring contract for the 2004/2005 school year.

39.  For the 2004/2005 school year, again in violation of Title 27 of the DCMR, BELTON exercised EA Inc.'s second option year.  This time, BELTON never submitted the required modification.  Since EA Inc. was no longer involved with the monitoring contract, BELTON created the name Equal Access in Education (EAIE).  In an attempt to make EAIE appear to be the same as EA Inc., BELTON used EA Inc.'s Employer Identification Number, (EIN) (14-877904), on invoices for payment.  However, BELTON changed the business address from 2828 Georgia Avenue, NW, Washington, DC to XX Underwood Place.

40.  Just FITZGERALD and her team of contractors conducted the monitoring for the 2004/2005 school year.  BELTON told FITZGERALD that she would be paid $60,000 to monitor 16 schools.  FITZGERALD went over budget by approximately $5,000. FITZGERALD was paid all of the money owed to her under the contract, albeit late.

41.  On or about March 2005, BELTON began to submit fraudulent invoices in the name of EAIE.  During the 2004/2005 school year, EAIE received a total of $108,759.20 from the District, and $119,750 in NCLB Funds for the OCSO monitoring contract, for a total of $228,509.20.  It was improper to use NCLB funds for charter school monitoring.  BELTON received all checks made payable to EAIE, and deposited the funds into BHX's Bank of America bank account.  On at least two occasions, BELTON paid FITZGERALD using the money that she had improperly deposited in the BHX accounts.

42.  BELTON double billed DCPS and NCLB.  In addition to EAIE receiving

$228,509.20 for the 2004/2005 school year, FITZGERALD received approximately $13,812

from the District and $56,360 in NCLB Funds for the OCSO monitoring contract.  HANDY

received $6,000.00 from the District for the OCSO monitoring that she did during the

2003/2004 school year.

43.  For the 2005/2006 school year, BELTON exercised the third option year in the

original EA Inc. contract without BOE approval.  This resulted in EAIE receiving a total of

$48,041.20 from the District.

44.  FITZGERALD started monitoring again for the 2005-2006 school year but never

finished due to the now public investigation.  FITZGERALD did not request payment.

45.  In an effort to cover up her scheme to defraud, BELTON repeatedly generated

fraudulent Memoranda of Understandings (MOU) between EAIE, OCSO, and various vendors.

46.  In April 2006, Henrietta SMITH-ROBERTS, BELTON'S childhood friend, signed

and dated an agreement between EAIE and FITZGERALD Consulting Services, stating that

SMITH-ROBERTS was the President of EAIE.  BELTON had this document signed and back

dated to December 14, 2004.  SMITH-ROBERTS never did any work for EAIE and was not

compensated by EAIE.

47.  BELTON used the name of her second cousin, Verna C. PERRY, without

PERRY's permission, as EAIE's Chief Executive Officer when BELTON signed MOU's dated

July 8, 2005 and August 31, 2005.  PERRY never did any work for EAIE and was not

compensated by EAIE.

-10-

48.  On or about March 9, 2006, BELTON unlawfully registered EAIE with the

Internal Revenue Service (IRS) and the District of Columbia, listing PERRY as the registering

agent.   IRS gave EAIE the EIN:  20-4460260.

49.  In sum, Belton used the fictitious business name EAIE to fraudulently obtain

$238,354.40 as shown in the following chart:

| Date | Payor | Payee | Account Name | Amount |
|---|---|---|---|---|
| April 2005 | DCPS | EAIE | BHX Consulting | 25,747.00 |
| April 2005 | BELTON | | FITZGERALD | -18,747.00 |
| May 2005 | DCPS | EAIE | BHX Consulting | 30,949.00 |
| May 2005 | BELTON | | FITZGERALD | -18,949.00 |
| June 2005 | DCPS | EAIE | BHX Consulting | 22,446.20 |
| July 2005 | DCPS | EAIE | BHX Consulting | 29,617.00 |
| July 2005 | DC-PCSB | EAIE | BHX Consulting | 43,000.00 |
| September 2005 | DC-PCSB | EAIE | BHX Consulting | 76,250.00 |
| February 2006 | DCPS | EAIE | BHX Consulting | 9,828.00 |
| February 2006 | DCPS | EAIE | BHX Consulting | 22,786.20 |
| May 2006 | DCPS | EAIE | BHX Consulting | 15,427.00 |
| | | | TOTAL | 238,354.40 |

50.  From on or about September 2004 through on or about June 2006, in the District of

Columbia, the defendant, Brenda BELTON, being the Executive Director of the D.C. Public

Schools, Board of Education, Office of Charter School Oversight, said office receiving in the

one year period beginning September 2004, benefits in excess of $10,000 under the Federal No

Child Left Behind Act, obtained money in excess of $230,000 that was under the care, custody

or control of the D.C. Public Schools.

In violation of Title 18, United States Code, Section 666

### COUNT TWO - Theft from Program Receiving Federal Funds (Other Payments)

51.  Paragraphs One through 50 are realleged as though fully set forth herein;

52.  From June 2003 through July 2004 BELTON received five checks totaling $12,300 from Equal Access, Inc.  Two of the checks, written to "Dorris Norris" for $4000, were deposited into BELTON'S BHX bank account.  Two of the checks were written directly to BHX Consulting totaling $8,000.  And the last check was written to BELTON for $300 which was deposited into BELTON'S personal account.

53.  From July 2003 through August 2003, the Nile Valley Business Association (NVBA) which WILLIAMS founded and presided over and which EVANS managed, paid BELTON $9,660.80.

54.  In August 2003, charter school Young America Works (YAW)  paid BELTON $3,000.

55.  YAW is a vocational education high school located at 6015-17 Chillum Place, NE, Washington, DC that was approved for a charter in January 2004.  At the start of the 2006/2007 school year it had 120 students.  In January 2004, the BOE approved YAW's application for a charter school and the charter school opened Fall 2004, with WILLIAMS as the founder and Executive Director, and EVANS as the school principal.

56.  In 2004, BELTON was part of a private real estate group out of New York called

Chillum Place, LLC (Chillum).  Chillum bought properties in D.C. and New York and rented

them to charter schools.  BELTON, as a principal of Chillum, facilitated purchases and acted

as a consultant for the company.  The principals of Chillum included BELTON and Dr.

Darshan SHAH.  Chillum acquired two properties in D.C.—one of which became the location

for YAW.  YAW rented the Chillum property from SHAH.  BELTON entered into an

arrangement with SHAH, where SHAH agreed to pay BELTON $5,000 per month for five

years, totaling $300,000, if YAW paid its rent every month.  BELTON received a total of

$50,000 from SHAH (which was deposited into The TAO Group account) per their

arrangement.  However, when WILLIAMS failed to make the rent payments for YAW,

BELTON'S payments stopped.  BELTON enlisted GORDON to repeatedly contact SHAH on

BELTON'S behalf, in an attempt to collect the money from SHAH.

57.  In addition, BELTON received numerous improper payments from people to

whom she gave no-bid, non-advertised positions.  For example:   In October 2004, SCOPE

paid BELTON $3000 in a check that she wrote to The TAO Group.  From December 2004

through June 2006, when PCSB terminated SANDIFER, SANDIFER gave HOLMES $27,737.

In February 2005, SCOPE paid BELTON another $3000 in a check that she wrote to BHX

Consulting.  In May 2005, GORDON gave BELTON $2000.  In October 2005,  ROBINSON

cut a check to The TAO Group for $5,000.

58.  In sum, BELTON fraudulently received approximate $180,471.85 in funds, other

than those directed to EAIE, as shown in the following chart:

| Date | Payor | Payee | Account Name | Amount |
|---|---|---|---|---|
| Jun 03 | Equal Access, Inc. | Dorris Norris | Brenda Belton | 2,000.00 |
| Jul 03 | Equal Access, Inc. | Dorris Norris | BHX Consulting | 2,000.00 |
| Jul 03 | Nile Valley Business Assoc | A-1 Aquatics | BHX Consulting | 1,200.00 |
| Jul 03 | Nile Valley Business Assoc | BHX Consulting | BHX Consulting | 578.00 |
| Jul 03 | Nile Valley Business Assoc | A-1 Aquatics | A-1 Aquatics | 1,500.00 |
| Jul 03 | Nile Valley Business Assoc | A-1 Aquatics | A-1 Aquatics | 1,500.00 |
| Jul 03 | Nile Valley Business Assoc | A-1 Aquatics | A-1 Aquatics | 1,500.00 |
| Aug 03 | Nile Valley Business Assoc | A-1 Aquatics | A-1 Aquatics | 3,382.80 |
| Aug 03 | Young America Works | Brenda Belton | BHX Consulting | 3,000.00 |
| Oct 03 | Equal Access Inc | Brenda Belton | BHX Consulting | 3,000.00 |
| Dec 03 | Equal Access Inc | Brenda Belton | Brenda Belton | 300.00 |
| Jul 04 | Equal Access Inc | Brenda Belton | BHX Consulting | 5,000.00 |
| Jul 04 | Chillum Place LLC / Shah | The TAO Group | The TAO Group | 5,000.00 |
| Aug 04 | Chillum Place LLC / Shah | The TAO Group | The TAO Group | 5,000.00 |
| Aug 04 | Chillum Place LLC / Shah | The TAO Group | The TAO Group | 5,000.00 |
| Sep 04 | DCPS | Habari Gani | The TAO Group | 5,700.00 |
| Oct 04 | Linda Scope | The TAO Group | The TAO Group | 3,000.00 |
| Nov 04 | Chillum Place LLC / Shah | The TAO Group | The TAO Group | 10,000.00 |
| Dec 04 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 3,000.00 |
| Jan 05 | Linda Scope | Brenda Belton | BHX Consulting | 1,500.00 |
| Jan 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 782.00 |
| Jan 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 785.00 |
| Feb 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 785.00 |
| Feb 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 785.00 |
| Feb 05 | Linda Scope | Brenda Belton | BHX Consulting | 3,000.00 |
| Mar 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| Mar 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |

| Apr 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
|---|---|---|---|---|
| Mar 05 | DCPS | Habari Gani | BHX Consulting | 3,384.65 |
| Mar 05 | DCPS | H. Smith Roberts | The TAO Group | 6,300.00 |
| Apr 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| May 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| May 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| May 05 | Wanda Gordon | Brenda Belton | Brenda Belton | 2,000.00 |
| Jun 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| Jul 05 | Chillum Place LLC / Shah | The TAO Group | The TAO Group | 15,000.00 |
| Jul 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| Jul 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| Jul 05 | DCPS | Habari Gani | BHX Consulting | 4,143.40 |
| Aug 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| Sep 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| Oct 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| Oct 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| Oct 05 | Verna Robinson | The TAO Group | The TAO Group | 5,000.00 |
| Nov 05 | Chillum Place LLC / Shah | The TAO Group | The TAO Group | 10,000.00 |
| Nov 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| Nov 05 | DC-PCSB | The Zoee Group | The TAO Group | 43,750.00 |
| Dec 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| Dec 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| Dec 05 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| Jan 06 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| Feb 06 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| Mar 06 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| Mar 06 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| Apr 06 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |

| Apr 06 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
|--------|----------------|----------------|----------------|--------|
| Apr 06 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| May 06 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| May 06 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| Jun 06 | Pearl Sandifer | Lindsey Holmes | Lindsey Holmes | 800.00 |
| | | | **TOTAL** | **180,471.85** |

59. From on or about September 2004 through on or about June 2006, in the District of Columbia, the defendant, Brenda BELTON, being the Executive Director of the D.C. Public Schools, Board of Education, Office of Charter School Oversight, said office receiving in the one year period beginning September 2004, benefits in excess of $10,000 under the Federal No Child Left Behind Act, obtained money in excess of $180,000 that was under the care, custody or control of the D.C. Public Schools.

In violation of Title 18, United States Code, Section 666

### COUNT THREE - Conversion of Public Money

60. Paragraphs 1 through 59 are realleged as though fully set forth herein;

61. In addition to the Federal and District funds that BELTON fraudulently received, BELTON unilaterally hired, without posting or requesting bids, several friends and family members as consultants for the OCSO. BELTON paid them out of NCLB and DCPS funds.

62. In 2004, BELTON hired GORDON to perform multiple consulting jobs. From 2004-2006, BELTON paid GORDON (as an individual and through her businesses) $292,968 from NCLB and DCPS funds.

-16-

63.  To further enrich herself, BELTON created a fraudulent Memorandum of Understanding (MOU) between the OCSO and The Zoee Group, and submitted an accompanying invoice for $43,750, which was paid out of NCLB funds.  BELTON fraudulently endorsed and deposited the check into her personal bank account on November 28, 2005.  BELTON also created three other fraudulent invoices, all in the name of Habari Gani, forged the signature for Habari Gani, and deposited the checks, which were drawn from DCPS funds, totaling $13,228.05 into her personal account.

64.  In 2005, BELTON hired SANDIFER as a Charter School Liaison for the BOE. BELTON arranged for SANDIFER to be paid out of NCLB funds administered by PCSB. SANDIFER only worked for a few months, but continued to be paid as a full-time employee. SANDIFER received $71,535 in compensation from PCSB between April 2005 and April 2006.  In addition to her salary, SANDIFER received $3,733 in consulting fees from DCPS.

65.  In 2003, BELTON hired Linda SCOPE, who has been friends with BELTON for over twenty-years, to perform consulting work for the OCSO.  From 2003-2006 SCOPE received $41,581 in DCPS funds.

66.  In 2005, BELTON gave a no-bid contract to Verna C. ROBINSON (PERRY), her second cousin, for $15,000.  BELTON told ROBINSON that a portion of her contract would be subcontracted to The TAO Group.

67.  In 2005, BELTON gave a no-bid contract to the Davis Johnson Educational Foundation (DERF) for $20,000.  Chonya DAVIS-JOHNSON, a former DCPS employee and friend of BELTON, is the owner of DERF.

-17-

68.  In 2006, BELTON created a fraudulent $6,300 invoice in the name of SMITH-ROBERTS.  The invoice was paid from DCPS funds.  BELTON forged SMITH-ROBERT'S signature and deposited the check into BELTON'S personal bank account.

69.  According to Title 27 DCMR Chapter 18, Section 1802.1(a), not only was BELTON not a contracting officer, but any contract over $10,000 had to be put up for competitive bid.

70.  In sum, from March 1, 2003 through May 31, 2006, BELTON gave out 7 no-bid contracts totaling $444,620.99, some of which was for work actually completed, as shown in the following chart:

|  | 2003 | 2004 | 2005 | 2006 | Total |
|---|---|---|---|---|---|
| Equal Access, Inc. | 65,000.00 | 65,000.00 | - | - | 130,000.00 |
| Linda Scope | 3,051.00 | 4,980.00 | 30,350.00 | 3,200.00 | 41,581.00 |
| Wanda Gordon | - | 5,500.34 | 81,669.65 | - | 87,169.99 |
| Pearl Sandifer | 3,700.00 | 33.00 | 46,152.00 | 25,383.00 | 75,268.00 |
| Sandra Fitzgerald | 4,900.00 | 8,050.00 | 62,122.00 | 530.00 | 75,602.00 |
| Verna Robinson | - | - | 15,000.00 | - | 15,000.00 |
| Chonya Davis-Johnson | - | - | 20,000.00 | - | 20,000.00 |
|  |  |  |  | TOTAL | 444,620.99 |

71.  From on or about March 2003 through on or about May 2006, in the District of Columbia, the defendant, BRENDA BELTON, wilfully and knowingly did without authority convey contracts, property of the United States valued in excess of $440,000, which came into the possession and under the care of BRENDA BELTON by virtue of her employment as the

-18-

Executive Director of the D.C. Public Schools, Board of Education, Office of Charter School Oversight.

In violation of Title 18, United States Code, Section 641

## COUNT FOUR  - Bankruptcy Fraud

72.  Paragraphs 1 through 71 are realleged as though fully set forth herein;

73.  In February 2003, BELTON filed for bankruptcy.  Afterward, HOLMES (BELTON'S daughter) bought XX Underwood Place from BELTON.  At the time, the Underwood Place property was in foreclosure proceedings.  BELTON provided HOLMES with fraudulent income statements and letters verifying employment with BHX so that HOLMES could qualify for the mortgage.  HOLMES purchased the home and BELTON received $56,466 from National Title Services, Ltd. in net proceeds and commission from the sale of her home.

74.  In on or about November 2003, in the District of Columbia, the defendant, BRENDA BELTON, knowingly and fraudulently made a false entry in a recorded information, here mortgage documents, relating to the property or financial affairs of BRENDA BELTON, a debtor.

In violation of Title 18, United States Code, Section 152(8)

## COUNT FIVE - Attempt to Evade or Defeat Federal Tax

75.  Paragraphs 1 through 74 are realleged as though fully set forth herein;

76.  The following chart shows how much BELTON should have paid in Federal Taxes, had she filed as required:

|  | 2002 | 2003 | 2004 | 2005 | Total |
|---|---|---|---|---|---|
| Taxable Income | 43,999.78 | 58,822.15 | 76,536.06 | 321,888.01 | 501,246.00 |
| Tax Due and Owing | 10,485.74 | 4,354.52 | 7,086.18 | 99,967.78 | **121,894.22** |

77.  Beginning on or about January 1, 2001, through on or about April 15, 2006, in the District of Columbia and elsewhere, BRENDA BELTON, a resident of the District of Columbia did willfully attempt to evade and defeat the income tax due and owing by her to the United States for the tax years 2001 through 2005 by various means, including but not limited to:

a)  failing to timely file 2001 through 2005 United States Individual Income Tax Return;

b) failing to pay said tax due and owing.

In violation of Title 26, United States Code, Section 7201.

## COUNT SIX - Attempt to Evade or Defeat D.C. Tax

78.  Paragraphs 1 through 77 are realleged as though fully set forth herein;

79.  The following chart shows how much BELTON should have paid in D.C. Taxes, had she filed as required:

|  | 2002 | 2003 | 2004 | 2005 | Total |
|---|---|---|---|---|---|
| Taxable Income | 46,748.38 | 65,062.58 | 82,825.30 | 322,324.61 | 517,131.93 |
| Tax Due and Owing | 2,436.40 | 859.71 | 2,353.76 | 23,225.22 | **28,875.09** |

80.  Beginning on or about January 1, 2001, through on or about April 15, 2006, in the

District of Columbia and elsewhere, BRENDA BELTON, a resident of the District of

Columbia did willfully attempt to evade and defeat the income tax due and owing by her to the

District of Columbia, which tax she evaded or attempted to evade exceeded $10,000, by

various means, including but not limited to:

a)  failing to timely file 2001 through 2005 District of Columbia Individual Income Tax

Returns;

b) failing to pay said tax due and owing.

In violation of Title 47, District of Columbia Code, Section 4101(a).

Respectfully submitted,

JEFFERY A. TAYLOR
UNITED STATES ATTORNEY

By:     _____
Timothy G. Lynch, D.C. Bar No. 456506
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th Street, NW
Room 5233
Washington, D.C. 20530
(202) 353-4862