UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 07-0142 (RMU) |
| BRENDA BELTON, | : | |
| Defendant. | : | |

**ORDER**

FILED
JUN 6 – 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the parties' representations made to the court via teleconference, it is this 6th day of June 2007,

**ORDERED** that the plea hearing in the above-captioned case scheduled for June 25, 2007 is hereby **VACATED** and **RESCHEDULED** for August 9, 2007 at 3:00 p.m.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge