# United States District Court
# for the District of Columbia

**FILED**

AUG 9 – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.

**BRENDA BELTON**

WAIVER OF INDICTMENT

Case Number: 07-0142 (RMU)

I, **Brenda Belton**, the above named defendant, who is accused of **Theft from Program Receiving Federal Funds, Title 18, United States Code, Section 666; Federal Tax Evasion, Title 18 United States Code 7201; and DC Tax Evasion; Title 47 District of Columbia Code, Section 4101(a)** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **August 9, 2007,** prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Ricardo M. Urbina
United States District Court Judge