U.S. Department of Justice
U.S. Attorneys

---

# United States District Court for the District of Columbia

**FILED**

AUG 9 – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. :

BRENDA BELTON, : Case No. 07-142 (RMU)

DEFENDANT. :

:

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __9TH__ day of __AUGUST, 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _within two weeks_ by __SPECIAL AGENT DERRICK L. FRANKLIN__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __SPECIAL AGENT DERRICK L. FRANKLIN__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge RICARDO M. URBINA

DOJ USA-16-1-80

**COURT**