# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                 :

                          v.                 :          Criminal Action No.: _07-142_ (RMU)

_Brenda Belton_,                         :

               Defendant(s).            :                    **FILED**

                                                              AUG 9 - 2007

### SENTENCING SCHEDULING ORDER[1]

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this ___8th___ day of ___August___ 2005,

**ORDERED** that the sentencing in this matter be set for ___Nov. 29 2007___

at __10:30__ ; and it is

FURTHER ORDERED that the probation officer assigned to this case disclose the draft pre-sentence investigation report to the parties 30 business days[2] after the date of the court's referral; and it is

ORDERED that counsel submit objections (if any) to the probation officer within 8 business days of that disclosure; and it is

FURTHER ORDERED that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report within 8 business days of the submission of objections; and it is

ORDERED that any party wishing to submit a memorandum in aid of sentencing must do so no later than 8 business days after the probation officer discloses the final pre-sentence investigation report, with responses (if any) due 4 business days thereafter. These memoranda and any responses thereto must cite to supporting legal authority.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.

[2] A "business day" is any day that is not a Saturday, Sunday, or "legal holiday" as defined by Federal Rule of Criminal Procedure 45(a).