UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. CR-07-142-01 |
| ) | |
| BRENDA BELTON, ) | Honorable R. Urbina |
| ) | |
| Defendant ) | Sentencing 11/29/07 |
| ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN AID OF SENTENCING AND OBJECTIONS TO THE GOVERNMENT'S SENTENCING MEMORANDUM**

Now comes Defendant, Brenda Belton, by and through undersigned counsel, respectfully requests that this Court grant Ms. Belton an Extension of Time to File a Memorandum in Aid of Sentencing and Objections to the Government's Sentencing Memorandum. Assistant United States Attorney Timothy Lynch does not oppose this request.

Counsel for Ms. Belton has just received the Victim Impact Statement, and would like sufficient time to review those statements and other related documents in order to properly present argument with respect to sentencing. As such, undersigned counsel respectfully requests that this Court permit Ms. Belton to submit her Memorandum in Aid of Sentencing on or before November 2, 2007. At this time, counsel for Ms. Belton will submit its objections to the Government's Sentencing Memorandum.

Furthermore, as indicated above, Assistant United States Attorney Timothy Lynch does not oppose the instant request, nor does Undersigned Counsel for Ms. Belton oppose the government's request to submit a reply on November 9, 2007.

2

WHEREFORE, for the foregoing reasons, it is respectfully requested that this Court grant Ms. Belton's Unopposed Motion for Extension of Time to File Memorandum in Aid of Sentencing and Objections to the Government's Sentencing Memorandum.

    Respectfully submitted,

    SCHERTLER & ONORATO, L.L.P.

    /s/ Vincent H. Cohen, Jr.
    Vincent H. Cohen, Jr., Esq. (Bar #: 471489)
    601 Pennsylvania Ave. NW
    North Building, 9th Floor
    Washington, D.C. 20004
    Telephone (202) 628-4199
    Facsimile (202) 628-4177

    *Counsel for Brenda Belton*