UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 07-142-01 (RMU) |
| | : | |
| BRENDA BELTON, | : | Document No.: 13 |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the defendant's unopposed motion for extension of time to file a Memorandum in Aid of Sentencing and Objections to the Government's Sentencing Memorandum and for good cause shown therein, it is this 26th day of October, 2007 hereby

**ORDERED** that the defendant's unopposed motion for extension of time to file is **GRANTED**; and it is

**FURTHER ORDERED** that the defendant file her Memorandum in Aid of Sentencing and Objections to the Government's Sentencing Memorandum on or before November 2, 2007; and it is

**ORDERED** that the government file its reply on or before November 9, 2007.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge