UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. CR-07-142-01 |
| | ) | |
| BRENDA BELTON, | ) | Honorable R. Urbina |
| | ) | |
| Defendant | ) | Sentencing 11/29/07 |
| | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN AID OF SENTENCING AND OBJECTIONS TO THE GOVERNMENT'S SENTENCING MEMORANDUM**

Now comes Defendant, Brenda Belton, by and through undersigned counsel, respectfully requests that this Court grant Ms. Belton an Extension of Time to File a Memorandum in Aid of Sentencing and Objections to the Government's Sentencing Memorandum. Assistant United States Attorney Timothy Lynch does not oppose this request.

Counsel for Ms. Belton has had court obligations for the last several days, and would like additional time to review the government's submission and other related documents with his client.  As such, undersigned counsel respectfully requests that this Court permit Ms. Belton to submit her Memorandum in Aid of Sentencing on or before 5:00 pm on November 9, 2007.  At this time, counsel for Ms. Belton will submit its objections to the Government's Sentencing Memorandum.

Furthermore, as indicated above, Assistant United States Attorney Timothy Lynch does not oppose the instant request, so long as the government can submit its reply by November 14, 2007.

WHEREFORE, for the foregoing reasons, it is respectfully requested that this Court grant Ms. Belton's Unopposed Motion for Extension of Time to File Memorandum in Aid of Sentencing and Objections to the Government's Sentencing Memorandum.

                Respectfully submitted,

                SCHERTLER & ONORATO, L.L.P.

                /s/ Vincent H. Cohen, Jr.
                Vincent H. Cohen, Jr., Esq. (Bar #: 471489)
                601 Pennsylvania Ave. NW
                North Building, 9th Floor
                Washington, D.C. 20004
                Telephone (202) 628-4199
                Facsimile (202) 628-4177

                *Counsel for Brenda Belton*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. CR-07-142-01 |
| ) | |
| **BRENDA BELTON,** ) | Honorable R. Urbina |
| ) | |
| **Defendant** ) | Sentencing 11/29/07 |
| ) | |

# ORDER

It is HEREBY ORDERED that the Unopposed Motion for Extension of Time to File Memorandum in Aid of Sentencing is hereby GRANTED.

SO ORDERED.


_____                          _____
Date                                    Ricardo Urbina
                                        Associate Judge
                                        United States District Court for the
                                        District of Columbia

Copies to:

AUSA Timothy Lynch
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530


Vincent H. Cohen, Jr., Esq.
Schertler & Onorato, LLP
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004