UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 07-0142 (RMU) |
| BRENDA BELTON, | : | Document No.: 15 |
| Defendant. | : | |

**ORDER**

FILED
NOV 2 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the defendant's unopposed motion for extension of time to file her memorandum in aid of sentencing and objections to the government's sentencing memorandum and for good cause shown therein, it is this 2nd day of November, 2007 hereby

**ORDERED** that the defendant's unopposed motion is **GRANTED**; and it is

**FURTHER ORDERED** that the defendant file her memorandum in aid of sentencing and objections to the government's sentencing memorandum on or before 5:00 p.m. on November 9, 2007; and it is

**ORDERED** that the government file its reply on or before November 14, 2007.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge