IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 07-142 (RMU) |
|  | ) |  |
| v. | ) | Sentencing Date: November 29, 2007 |
|  | ) |  |
| BRENDA BELTON | ) | Honorable Ricardo M. Urbina |
|  | ) |  |
| Defendant | ) |  |
|  | ) |  |

## MEMORANDUM IN AID OF SENTENCING

Brenda Belton, by and through undersigned counsel, respectfully submits this Memorandum in Aid of Sentencing setting forth all factors the Court should consider in determining what type and length of sentence is sufficient, but not greater than necessary. For the reasons that follow, Ms. Belton respectfully requests that the Court sentence her at the low end of the guidelines. As grounds for this request, Ms. Belton states as follows:

### I.    Introduction

Brenda Belton stands before the Court having entered a plea of guilty to two counts of theft from Program Receiving Federal Funds, in violation of 18 U.S.C. § 666, one count of Attempting to Evade or Defeat Federal Tax, in violation of 26 U.S.C. § 7201, and one count of Attempting to Evade or Defeat DC Tax, in violation of D.C. Code § 4101(a). Ms. Belton is very sorry and ashamed of her conduct in this case. By pleading guilty, Ms. Belton has recognized that her conduct was wrong and has taken full responsibility for her actions at the earliest possible opportunity. She offers her sincere apology to the Court, her family, friends, and most importantly, the community.

## II.    Personal Background of Ms. Belton

### A.    Upbringing

Brenda Belton was born in Washington, D.C. on March 13, 1946.  Ms. Belton came from a working class family to whom religious values were of the utmost importance.  She was raised in a good home.  Her father worked as a brick layer and her mother remained at home with Ms. Belton and her four siblings.  Ms. Belton was the first member of her family to attend college. She was very motivated as a young woman, and eventually moved to New York City and later Atlanta, Georgia to obtain graduate degrees. Ms. Belton remains close with her siblings who still reside in Washington, D.C.

### B.    Educational Background and Work History

Ms. Belton graduated from Washington Teacher's College in 1963 with a Bachelor's Degree in mathematics and business administration. Prior to graduation, Belton completed a student internship during which she taught at a local high school. She continued to teach high school as she went on to complete a graduate degree in mathematics from Catholic University in Washington, D.C. After completing her graduate studies, Ms. Belton moved to New York City and began to work for the Sesame Street television program, and helped develop the program into an internationally recognized educational television program for children of all ages.

While working for Sesame Street, Ms. Belton earned a grant from the Rockefeller Foundation aimed at training future school administrators. The grant afforded Ms. Belton the opportunity to earn a PhD in Education Administration and Supervision from Atlanta University in 1975.  Ms. Belton completed her dissertation on Education Administration and its relationship with Mass Media.

Ms. Belton has a distinguished career in education and school administration. She has taught mathematics at the middle and high school levels, and has held several consulting positions within the District of Columbia Public School system. Ms. Belton has participated in lobbying and grant writing focused on encouraging the federal government to improve public school educational programs.

From 2002-2006, Ms. Belton served as the Executive Director of District of Columbia Public Charter Schools. In that position, she was responsible for the oversight of 21 charter schools across the city. Ms. Belton was also responsible for correspondence between several government agencies at the local and federal level.

Currently, Ms. Belton is self-employed and provides consultation services for curriculum development and also provides counseling services to help young people obtain higher levels of financial literacy. Indeed, Ms. Belton has a remarkable employment record and despite the instant offenses, remains committed to the education of Washington, D.C.'s youth.

### C.    Family Life

Ms. Belton married Kenneth Holmes in 1981. The couple has one daughter, Lindsey Holmes, born in 1982. The couple divorced in 1987, but have a good relationship. Lindsey is now 25 years old and resides in Newark, New Jersey, with plans to pursue a career in real estate. Ms. Belton is very close to her daughter and the two maintain a positive relationship, notwithstanding the stress associated with Ms. Belton's current legal problems. Ms. Belton currently lives by herself in Washington, D.C, in a house she has been renting since 2003.

### III.    <u>Objections to the Government's Sentencing Memorandum</u>

The information contained in the Government's sentencing memorandum is inaccurate and skewed. The data reported in the sentencing memo is data from test scores taken during the

2002 school year. The data was collected and reported in 2003. In short, the data used in the

sentencing memo attributes the negative statistical information regarding poor grades and test

scores to Ms. Belton as being on "her watch." In reality the data is from 2002 – which is

essentially one year *prior* to Ms. Belton's assuming the position as Executive Director of DC

Charter Schools. This is not to say that if one student is not achieving at grade level it is not

cause for concern, but the government's attempt to attribute the poor performance of students

throughout the school system to Ms. Belton's actions prior to her tenure is disingenuous and

should not be considered by the Court.[1]

What is conspicuously missing from the government's sentencing memorandum is the

undisputed fact that a large number of the monies that they attribute to Ms. Belton were actually

used to fund a number of valuable programs:

- During Ms. Belton's tenure from 2003-2006, she instituted comprehensive "Monitoring and Evaluation of all Academic and Financial Components of all Board of Education Charter Schools." Reports were generated and given to Congress, Government Accountability Office (GAO), Office of the Mayor, City Council, Board of Education and Administrators, Staff and Families of Charter Schools.

- Also, during Ms. Belton's tenure from 2003-2006, she conducted monthly Administrators and Teachers Meetings aimed at increasing reading and mathematics training in compliance with No Child Left Behind (NCLB) standards.

- In the summer of 2005, Ms. Belton pioneered the Annual "Best Practices Retreat," aimed at training educators on how to increase student achievement and engage teachers with workshops on parental involvement, community involvement, and special education issues.

- Also, in the summer of 2005, Ms. Belton began a program called the "Summer Administrators Workshop," which constituted an 80-hour workshop for school administrators to help them with NCLB mandates.

- During the academic year of 2005-2006, Ms. Belton instituted the Student Leadership Advisory Council (SLAC), which was evidenced in a comprehensive GAO report the following year. The SLAC was a program held on Saturdays which exposed students to leadership in Congress, D.C.

---

[1]     The Court should also note that the information from the website referenced in the sentencing memorandum is not complete and clear and does not show the actual percentage of students who are performing at the listed proficiency levels. If the Court reviews the more detailed site http://webb.k12.dc.us/NCLB/index.asp, the Court will find the following disclaimer; "[i]n 2005 and before there were only two performance levels - proficient and not proficient. The percent proficient for 2005 should not be compared to the percent proficient and above for 2006 because performance standards and the tests for the two years are not statistically linked. . ."

City Council, Board of Education, and various school administrators. Students were also taught etiquette and were exposed to higher education opportunities.

- During that same school year, Ms. Belton was responsible for the creation of informational and instructional videos produced on every charter school in the city.

- In the summer of 2006, Ms. Belton began a week-long "Teacher-Staff Development" program which focused on classroom management, Reading and Mathematics Development, and how to deal with "high-risk" students.

- Also, during the summer of 2006, Ms. Belton planned the "Charter School Family Picnic," an event which became so popular that it has now become an annual city-wide event for all charter schools, which is aimed at increasing family involvement in their child's charter school.

Contrary to the allegations made in the Government's Victim Impact Statement submitted by Victor Reinoso, Deputy Mayor for Education, Ms. Belton was responsible for saving the District millions of dollars by pushing for and over-seeing the closing of the following, non-performing charter schools:

1) Richard Milburn PCS – closed in June 2002

2) World PCS –closed in June 2002

3) Techworld PCS – closed in June 2002

4) Village Learning Center PCS – closed in June 2004

5) Jos – Arz Therapeutic PCS closed in January 2006

Of the overall charter school closures starting in 1998 and ending in July 2006, Ms. Belton recommended the closing of 50% of the schools; saving the tax payers an average of $3 million dollars each per year. In 2005, the Government Accountability Office produced a comprehensive Report to Congressional Committees, titled "Strengthening Monitoring and Process When Schools Close." This report articulated the overall effect of school closings and performance evaluations of the Board of Education and the Public Charter School Board.[2] The

---

[2] *See* http://www.gao.gov/new.items/d0673.pdf (last visited Nov. 4, 2007).

GAO report acknowledged the BOE's efforts, during Ms. Belton's tenure, to close charter schools in a cost-effective and efficient manner.[3]

Notwithstanding Ms. Belton's actions that bring her before the Court, Ms. Belton played an integral role in these kinds of important managerial decisions and as such, many of her professional colleagues considered Ms. Belton to be competent and effective in her role as Executive Director of D.C. Public Charter Schools.  In fact, the report found very few problems with the manner in which the office was conducting its business, and at no place in the GAO report was there a criticism of the actual persons hired to do the oversight.  The GAO report never stated any issue with the quality and competence of the consultants hired to complete the charter school oversight.

### IV.    Advisory Guideline Level

The parties agree that Ms. Belton's base offense level should be calculated as follows: base offense level of 6, a 12 point enhancement under 2(b)(1)(G) for a loss of more than $200,000 and a 2 point increase for an abuse of trust.  The parties also agree that Ms. Belton's offense level should be reduced by 3 points for early acceptance of responsibility.  Thus, her base offense level is properly calculated at 17.   For the reasons that follow, no other increases of the offense level are warranted in fact or law.

A. Grouping

The Pre-Sentence Report (PSR) writer has calculated Ms. Belton's Criminal History as a Category I, and arrived at a Guidelines Level of 21 based upon its grouping analysis. *See PSR at 13.* However, undersigned counsel and Assistant United States Attorney Timothy Lynch have agreed that Ms. Belton's base offense level is properly set at 17, as evidenced in her plea agreement, dated August 9, 2007. *See Government's Sentencing Memorandum at 15.*  As such,

---

[3] *Supra* note 3, at pp. 30-35.

prior to any departure *or* enhancement motions under 18 U.S.C. § 3553(a)(6) and the advisory sentencing guidelines, Ms. Belton's sentencing range would be 24-30 months.

Section 3D1.2 of the guidelines governs grouping of closely related counts. Subsection (d) states, in relevant part, that "when the offense level is determined largely on the basis of the total amount of harm or loss" the offenses shall be grouped together in a ***single group***.    The guidelines *specifically* provide for the grouping of tax related counts and fraud counts under 2B1.1 and 2T1.1. As the presentence report writer acknowledges, all of the counts are to be grouped into ***one*** category. Thus, despite their being numerous counts, there is only *one group* present. The guidelines do not provide for an increase of an offense level in instances with only one group. As such, *no increase* is applicable to Ms. Belton's advisory guideline level under the grouping rules.

### B. Ms. Belton's Sentence Should Not be Enhanced Pursuant to the Government's Allegation that Ms. Belton was a Leader or Organizer.

The government is seeking a 2-level enhancement under Section 3B.1.1(c) of the United States Sentencing Guidelines based upon Ms. Belton's alleged role as a "leader or organizer." We respectfully submit that such enhancement does not apply to Ms. Belton, and that her conduct in no way comports with conduct described in the statute.

The United States Sentencing Guidelines, Section 3B.1.1(c), cm. 3, states in pertinent part:

> In distinguishing a leadership and organizational role from one of mere management or supervision, the factors the court should consider include: (1) the exercise of decision-making authority, (2) the nature of participation in the commission of the offense, (3) the recruitment of accomplices, (4) the claimed right to a larger share of the fruits of the crime, (5) the degree of participation in planning or organizing the offense, (6) the nature and scope of the illegal activity, and (7) the degree of control and authority exercised over others.

7

Ms. Belton's conduct in this case is simply not that of a leader or organizer. Ms. Belton did not actively recruit any persons to participate in this offense, which is supported by the absence of any other indictments and/or prosecutions stemming from this case. While in her official capacity as Executive Director of DC Public Charter Schools, Ms. Belton did have a managerial role as a professional. However, Ms. Belton's conduct as described in the superceding information is wholly unilateral and did not involve any substantial decision-making with other persons. In fact, in the superceding information against Ms. Belton the government articulates that Ms. Belton's conduct did not involve any other DCPS of PCSB employees, but rather attributes the entire "scheme" to Ms. Belton.

The undisputed fact that a number of the programs that Ms. Belton was in charge of overseeing were actually completed (see description above in section III of this memorandum) should be considered by the Court in assessing the nature and scope of the illegal activity. And as Ms. Belton articulated to the U.S. Probation Office during her Pre-Sentence interview, she often felt obligated to provide for others, thereby effectuating opportunities to give to others and not herself. *See PSR, pages 11-12.* When asked what she did with monies she may have received in connection with this offense, Ms. Belton simply replied that she was "generous with other people who needed help." *See PSR, page 12.* It is evident, as supported by the PSR writer, Ms. Belton did not have any lion's share of profit from her misconduct.

We respectfully submit that the enhancement that the government is seeking in this case is simply inapplicable. Ms. Belton's case is not an example of gratuitous spending, lavish corruption, and extensive schemes. Although there have been recent cases of public officials engaging in fraudulent conduct and later gloating with expensive possessions, Ms. Belton's case is simply distinguishable.

### C.    Ms. Belton Should Receive a Sentence at the Lowest End of the Guidelines.

We respectfully request that the Court sentence Ms. Belton at the lowest end of the guidelines. Ms. Belton is 61 years old.  The instant offense represents her first and only contact with the criminal justice system.  Ms. Belton understands that she made bad choices in this case. A significant consequence of her conduct is that Ms. Belton has had to forfeit her career and now struggles to make ends meet. Nonetheless, Ms. Belton has made it clear that she is extremely motivated to do all that she can to "pay back every penny," and as such, she should be permitted every opportunity to work hard and pay back the restitution she is committed to.

Ms. Belton has forever tarnished her reputation and good name by engaging in this conduct.  She will be branded a felon for life.  While we recognize that this is a serious offense, Ms. Belton is truly remorseful for her actions.  She realizes that her actions were wrong, takes full responsibility, and hopes that the Court will sentence her to the least amount of incarceration possible.

We respectfully submit that a reduced sentence will promote respect for the law. By adequately punishing Ms. Belton, we request that this court recognize the extraordinary efforts Ms. Belton can still make towards an effort to repay her debt to society and give of her many talents and abilities to those who she knows need it most – young children in the District of Columbia.

### V.    <u>Application of the Relevant Sentencing Factors to the Facts of this Case</u>

On January 12, 2005, the Supreme Court ruled that its Sixth Amendment holding in *Blakely v. Washington*, 124 S.Ct. 2531 (2004) and *Apprendi v. New Jersey*, 530 U.S. 466 (2000) applies to the Federal Sentencing Guidelines.  *United States v. Booker*, 125 S.Ct. 738, 756 (2005).  In every case, a sentencing court must now consider all of the factors set forth in 18

U.S.C. § 3553(a), not just the advisory guidelines, in determining a sentence that is sufficient, but not greater than necessary to meet the goals of sentencing. Ms. Belton understands that pursuant to her plea agreement, she is bound by the stipulated guideline range of 24 to 30 months (Offense level of 17) and would request that the Court sentence her to the lowest possible sentence in that range.

Dr. Belton also realizes that the Court is not bound by the terms of the plea agreement and will ultimately make its sentencing decision based on the factors enumerated in 18 U.S.C. 3553. To assist the Court in its decision, we offer the following analysis:

**A.     The Nature and Circumstances of the Offense and History and Characteristics of the Defendant**

**1.      Nature and Circumstances of the Offense**

In March of 2003, Ms. Belton became the Executive Director, Compliance Division, of the Office of Charter School Oversight (OCSO) for the District of Columbia. Her responsibilities included oversight of charter schools under the control of the DC Board of Education, reviewing and recommending charter school applications to the Board, and making sure that charter schools complied with various statutory mandates put forth by the Department of Education and the DC School Reform Act of 1995.

The crux of Ms. Belton's misconduct is that Ms. Belton awarded various contracts for the completion of oversight work to companies associated with her own friends and family. One such company, EAI, was operated in part by Ms. Belton's close friends. Once an initial contract was set in place between EAI and OCSO, Ms. Belton subsequently allowed EAI to remain the recipient of contract monies while subcontracting the actual work to other parties. It was against this backdrop that Ms. Belton made a series of ill-advised and bad choices when it came to her arrangements of the oversight contracts.

Ms. Belton admitted, in her plea agreement, that during her tenure as Executive Director of OCSO, she wrongfully allowed for EAI to continue on as the recipient of the monitoring contract without properly putting the contract up for "bid." In connection with this poor judgment, Ms. Belton admitted that she essentially by-passed the contracting procedures so as to enable her friends, family members, and eventually herself to profit from the contract agreements. Along with this conduct, Ms. Belton admitted that she received money from people to whom she awarded "no-bid, non-advertised" consulting positions with OCSO. Ms. Belton tried to conceal this conduct by failing to report her income on her federal and state income taxes.

Ms. Belton, in admitting her wrongdoing, acknowledges that she often felt compelled to commit these acts in efforts to help her friends and family. She felt like a nurturer who had an obligation to help those around her. Given Ms. Belton's personal history as the ambitious and motivated young woman who excelled in school and her career, it is not surprising that as the years went by she felt the need to help those persons around her who did not have the same amount of success and stability.

Ms. Belton is extremely remorseful for her conduct. The Court had an opportunity to assess Ms. Belton's demeanor and sincerity when she entered into her plea agreement earlier this year. It was quite clear that Ms. Belton accepted responsibility for her actions and had truly learned from her mistakes.

### 2.    History and Characteristics of the Defendant

In addition to the information provided above, we would ask the Court to weigh heavily the fact that Ms. Belton has never committed a criminal offense in the past. This matter

represents her only contact with the criminal justice system. Ms. Belton's conduct in the instant offense was an aberration and will never be repeated by her.

As articulated in the PSR, Ms. Belton does suffer from a number of on-going, long term health problems compounded by the stress of the instant situation. We ask that the court consider her medical complications when calculating what type of sentence it will impose.

The community has submitted a number of letters of support for Ms. Belton which are attached to this Memorandum. These letters of support have been written by a variety of people, some who have known Ms. Belton for several years. The letters illustrate that Ms. Belton is a great, civic-minded woman with a strong work ethic, who can and will use her talents and gifts to give back to the community. As such, we have attached Exhibits A-R. Here are some excerpts that illustrate Ms. Belton's true character:

- Ms. Erieka Bennett, a long-time friend of Dr. Belton and director the Ghana-based Africa Union Organization, speaks highly of Dr. Belton's genuine character and dedication to those who are close to her: "[Dr. Belton] has been a friend, sister, confident, mother, aunt, mentor to thousands of people all her life. She has dedicated her life to empowering people to reach their full potential and to use their God-given talents. 1 am one of those recipients and all my family members have benefited from Brenda's motivations."

- Ms. Lindsey Holmes, Dr. Belton's daughter, speaks of her mother's tireless dedication to others: "I have grown up watching my mother dedicate her life to people, to her friends and family, supporting her siblings after the deaths of her parents, making sure I attended every extra-curricular activity, tutoring session, community service program, social event, church, and school that would shape me into the best person I could be... She is definitely worthy of a second chance... My mom is the backbone of our family, and we just can't survive without her."

- Mr. Mahar Cooke, another close friend of Dr. Belton, speaks of Dr. Belton's virtue and commitment to her community: "I testify that [Belton] has done a lot more to help not only her community but also people from all walks of life. Myself included!!! She has also played a positive role in my development and has taught me to live my life with the highest integrity... those who know her best would say the disgrace she has suffered in her community and beyond will ensure she will never make this mistake again."

- Ms. Emily Washington, a fellow teacher with D.C. Public Schools, speaks to Dr. Belton's dedication to D.C. youth: "[Dr. Belton] was most effective as a teacher and mentor to many of her students... Sentencing Dr. Belton to working with some of the city's most vulnerable youth could be of greater benefit to the city than compelling her to sit in a prison cell..."

- Ms. Willi Delaney, a professional associate of Dr. Belton, testifies to Dr. Belton's great character: "[Brenda Belton is] honest, reliable, hardworking, conscientious and compassionate. She has proven to

be a good friend, an honest person, and an upstanding member of the community. As a single parent, she worked hard to raise her daughter that depended on her continuously."

- Ms. Jacqueline Creek, a longtime friend and professional associate, credits Dr. Belton with great charitable spirit and dedication to DC youth. "I have experienced Brenda to be a kind, giving and loving person. She has mentored my son, her Godchild, for over 30 years. Brenda has been a person who has always provided mentorship and whatever assistance to those persons in need, almost to a fault… I ask that you consider her skills and talents in the field of education to the benefit of many who are underserved and undereducated in this community…"

- Mr. Donald Lyles, Dr. Belton's nephew, acknowledges Dr. Belton's great spirit and sense of generosity. "Ever since I could remember my Aunt has always been a very loving and family orientated person… When both of my parents passed she took me into her home and enrolled me in college. She stuck by me… She still gives me her unyielding support… She has always wanted to change the education system and make it better… Without her love and support I would not be the man that I am today."

- Ms. MaryAnn Rowe, Dr. Belton's niece, states that Dr. Belton's life seems to inspire so many of those around her: "I know this wonderful woman as an inspiration to many African-American women in New York as well as in DC. She has inspired and encouraged others as well as myself to go back to school, and get higher education in order to improve our economic situation in life."

- Mr. Earnest A. Green, a longtime friend and professional associate, credits Dr. Belton with a great spirit and dedication to vocation education: "Dr. Brenda Belton has been instrumental as a major voice for individuals pursuing vocational educational training in the United States… her hard work and dedication to all persons engaged in this national cause was not only remarkable, but raised the bar on Vocational Education – past, present, and future."

- Leonard H. Bennett, Esq., a longtime friend and attorney, acknowledges Dr. Belton's lifetime commitment to education: "For decades, Dr. Belton has played a role in the training of young minds with the hope that they would qualify for a better life. Her rise within the ranks of an almost thankless vocation is testament to her commitment and many years of teaching and demonstrating excellence."

- Ms. Deborah Hayman, longtime friend of Dr. Belton, has shared her thoughts on her good friend: "I have watched Brenda demonstrate leadership, many acts of unselfishness and great integrity. Many in the church community looked to Brenda for leadership, spiritual counseling, and this continues to the present."

- Ms. Ethel Briggs, a longtime friend and professional associate, credits Dr. Belton with dedication to vocational education for DC youth: "I find [Dr. Belton] to be very committed and compassionate about developing vocational programs that would provide DC students with the skills necessary to qualify and acquire employment after graduating from high school. Brenda was extremely successful in bringing the public and private sectors together as a way of developing employment opportunities for those who had problems accessing the business community."

- Pastor R. Alexander, a childhood friend of Dr. Belton, writes: "I have found that Brenda was always willing to give a helping hand, whether she was personally aware of the person's situation or was made aware by someone else."

- Ms. Paulette Jones-Imaan, a longtime friend and professional associate of Dr. Belton, shares that: "Dr. Belton has always lived by the highest standards and exemplified the most notable character. I highly respect her work and commitment to the children and youth of this community."

- Reverend Taiwo S. Inman, co-founder of The Divinity Center for Better Living, describes his experience with Dr. Belton when they both volunteered with the IDEAL School of Washington, D.C.,

a small private school program that serves young males with special needs: "This program depended on her leadership to serve hundreds of a most difficult school cohort. Dr. Belton was patient and kind. I can say without fear of contradiction that she was personally responsible for giving many young boys the ability to hope and develop positive alternatives to lives of crime and drugs that many were involved in prior to their enrollment at IDEAL."

- Ms. Ikeco Portee, a good friend to Dr. Belton, has great admiration for her dedication to family and compassion towards others: "I also have high regards for Brenda as a single parent. She invested quality time in her daughter's spiritual, educational, physical and psychological growth. This inspired me to spend more time with my own nieces and nephews. Her unselfish personality has open doors for many who possibly may not have had opportunities to excel."

- Ms. Vivian Fairnot, a long time friend of Dr. Belton, states that: "Throughout these many years I have found her to be a person whose life has been centered around improving the education of the under achiever. Her genuine concern of youth and their future is deep in her soul. She seeks out the best avenue for students to excel."

Realizing her conduct, Ms. Belton has been trying to make the most of her bad decisions. She has worked hard to continue to provide for herself and her daughter despite having to forfeit her longstanding career in the DC Public School System. We respectfully request that in determining a sentence, this Court weigh Ms. Belton's previous history and her truly outstanding lifetime commitment to educating DC's youth.

### B.    Relevant Factors in Weighing Ms. Belton's Sentence.

We respectfully submit that a sentence at the lowest end of the sentencing guidelines based on the facts present in this case is consistent with the factors set forth in the statute.

### 1.    Punishment Will Reflect Seriousness of the Offense

First, as the Court is aware, Ms. Belton pled guilty to this charge a number of months ago. She has had time to reflect on the seriousness of her conduct and the consequences of her actions. She has lost her ability to work in any substantive capacity in the field of education in Washington, D.C., and has had a difficult time reestablishing herself in order to make ends meet.

Ms. Belton and her family will live with the stigma of Ms. Belton's guilty plea, especially in the small and closely connected community of Washington, D.C., where Ms. Belton was born and raised. It will follow Ms. Belton and her family for the rest of their lives. Their reputation

has been irreparably damaged. Undoubtedly, the instant offense has altered Ms. Belton's life in the gravest sense. Undersigned counsel understands that this Court's sentence should reflect the seriousness of the offense, but respectfully requests that the sentence should also contemplate an opportunity for Ms. Belton to give back to the community through service. Ms. Belton is a highly-educated woman who can make a substantial contribution to her community by way of educating young people and is committed to making restitution for her wrongdoing. Should this Court sentence Ms. Belton to a lengthy period of incarceration, Ms. Belton would simply be unable to give back. As such, that kind of sentence would essentially prevent her from truly repaying her debts to the city, which she has every intention on doing.

### 2.    Need to Afford Adequate Deterrent Effect

Ms. Belton's conviction will provide more than adequate deterrence to the community at large and to Ms. Belton individually. This was a very high profile prosecution that included an FBI raid on Ms. Belton's home. Ms. Belton's arrest and guilty plea were publicized in the local and national newspapers. Thus, the community at large is well aware that she pled guilty to a criminal offense. A clear message of deterrence has been sent.

### 3.    Need to Protect the Public from Further Crimes

Ms. Belton was never been involved in any criminal conduct before and has paid a hefty price for her actions. She understands the magnitude of the offense and the harms that it can do to society. As a result, she will not be a recidivist. Her actions in no way pose a danger to anyone in the pubic.

## VI.    **Conclusion**

Based on the foregoing and pursuant to the plea agreement, Ms. Brenda Belton respectfully requests that the Court, in exercising its discretion, sentence her to lowest possible sentence which would be sufficient, but not greater than necessary.

Respectfully submitted,

**SCHERTLER & ONORATO, LLP**

_____/s/_____
Vincent H. Cohen, Jr., Esq.
601 Pennsylvania Avenue, N.W.
North Building, 9th Floor
Washington, D.C. 20004-2601
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

*Counsel for Defendant Brenda Belton*

Dated: November 9, 2007

# Exhibit A

**FROM THE DESK OF**

**Dr. Erieka Bennett**
**233-21-780-219**
**Accra, Ghana/ West Africa**
**eriekabennett@africa-union.org**


**August 27[h], 2007**

**Judge Ricardo M. Urbina**
**United States District Court**
**Washington, D.C.**

### *Subject: Dr. Brenda Belton*

My Dear Judge:

I write this letter with a very heavy heart to appeal to you to please temper mercy with justice when you sentence my loyal friend of thirty five years for her admitted offence.

Brenda has been a friend, sister, confident, mother, aunt, mentor to thousands of people all her life. She had dedicated her life to empowering people to reach their full potential and to use their God given talents. I am one of those recipients and all my family members have benefited from Brenda motivations.

I can not and will not try to justify her behavior but will merely say that I had noticed over the years she would withdraw from us and come back in our lives as if nothing had happen. I feel a bit guilty that I did not take the time to investigate what ways actually happening in her world. I took for granted Brenda "Dr. Positive" was alright. Now I know the addictions is what caused her to withdraw?

My Dear Judge, I beg you in the name of God to please help my friend, sister to get the help she needs to save her life. I am confident that God will guide you to create the right circumstance for this very unique situation. Thank you in Advance for understanding my desperate plea.

Sincerely,


Dr. Erieka Bennett, Head of Mission
(AU) DAF –Accra, Ghana

# Exhibit B

**252 West Kinney Street Newark, NJ 07103**
**1-877-CorpLCH Toll Free ~ 646-361-6220 Mobile**

10/27/07

Judge Ricardo M. Urbina
United States District Court
Washington, DC

I am writing this letter on behalf of my mother, Dr. Brenda Belton, as since I could remember, she has been a wonderful, kind, caring, and giving member of society. Though extremely hard for me to write, I feel that the sentiments expressed are necessary to vindicate her character from what she has been accused.

I have grown up watching my mother dedicate her life to people, from her participation in Delta Sigma Theta Sorority Incorporated, a sorority dedicated solely to service, to her friends and family, supporting her siblings after the deaths of her parents. With me, it was making sure that I attended every extra-curricular activity, tutoring session, community service program, trip out of the country (I have been to Africa and Europe many times), social event, church, and school that would shape me into the best person that I could be, a positive contributor to our family and society. It was this, her dedication to me, that has shaped me into the person that I am today.

Knowing my mother's character and that everything she has ever done has been from a place of positivity and spirituality, I am truly devastated at the circumstances. There are no excuses for what she has been directly or indirectly accused of, or what is true or false, or right or wrong, but I truly know that she is fully repentant for her actions. In the past year, I have seen my mother truly grow spiritually and mentally, and has developed into a more responsible and careful person through her interactions towards herself and others. Spending time with me in New Jersey, she has developed a like passion to mine in Real Estate, she has a real knack for deals, and working with my mom has been a God's Send. She has also developed a great love for animals, doting on my puppy Banks, whom she calls her 'grandson' and helping to fight cruelty against dogs through work with various local animal organizations.

Through this letter Judge, I would just ask for leniency in my mother's case. She is definitely worthy of a second chance. We are working tirelessly to provide restitution and through my mother's stellar work with my company, we will definitely be able to. My mom is also the back bone of our family, and we just can't survive without her.

I know that you will fairly judge all of the facts of the case with her previous work and social history and make the fairest judgment. I thank you in advance.

Sincerely,

Lindsey C. Holmes

# Exhibit C

Mahar Cooke
11723 Fireside Place
Reston, VA.  20190


August 28, 2007


Judge Ricardo M. Urbina
United States District Court
333 Constitution Ave., NW
Washington, DC

Your Honor,

 I am writing this letter to plead for the leniency of your court toward my "Aunt"

Brenda Belton. Despite the allegations that she has owned up to, I testify that she

has done a lot more to help not only her community but also people from all walks of

life. Myself included!!! She has always played a positive role in my development and

has taught me to live my life with the highest integrity. Although she did not practice

what she has always preached in this instance, those who know her best would say

the disgrace she has suffered in her community and beyond will ensure she will

never make this mistake again.


Thank you for your consideration,

Mahar Cooke

# Exhibit D

3249 Massachusetts Avenue, SE
Washington, DC  20019-2936
October 22, 2007

The Honorable Judge Ricardo M. Urbina
United States District Court
333 Constitution Avenue, NW
Washington, DC  20001-2866

Dear Judge Urbina:

I have been a District of Columbia Public School educator for thirty-four years;
moreover, for all of those years I have taught, supported, and advocated for many
students whose human potential has been compromised by educational, social, family,
and political circumstances, not usually of their own making.  Additionally, I am a forty-
year resident of southeast Washington, the mother of two adult sons, and the grandmother
of seven.

As to the matter of the sentencing of Dr. Brenda Belton, former District of Columbia
teacher and District of Columbia Board of Education employee, I strongly recommend
that you consider alternative sentencing commensurate with prison time recommended
under the appropriate sentencing guidelines.  I propose that you consider having Dr.
Belton report daily, during school hours, to the Oak Hill Academy, or a comparable city
institution for disaffected youth, or that she be assigned to the appropriate District
government agency, perhaps Youth Services Administration, to teach mathematics and
other life skills necessary for students to become productive citizens.  This, I believe, can
be done under the auspices of a court appointed probation officer.

I understand that Dr. Belton was initially employed by the school system as a math
teacher.  I have been told by those who have considerable knowledge of her former work
ethic and promise as a young educator, that she was most effective as a teacher and
mentor to many of her students.  I did not come to know Dr. Belton until she was
working for the school system in another capacity; however, I am well aware of the social
and educational needs of many of the city's youth who have been placed at-risk for high
school dropout because their academic and social needs have gone unmet by a lethargic
and often dysfunctional system.

The ignominy associated with going to prison is anti-climatic to the daily requirement of
facing young people who may have been adversely affected by the thief of funds
appropriated to improve their academic achievement. Sentencing Dr. Belton to working
with some of the city's most vulnerable youth could possibly be of greater benefit to the
city than compelling her to sit in a prison cell for the next several years.

Finally, I recently read comments of city officials regarding Dr. Belton's misconduct;
how ironic, for it was their negligence and political interests that took priority over the

public trust that led to Dr. Belton's malfeasance.  They need to examine their own motives and misconduct.

Respectively submitted,

Emily Y. Washington

# Exhibit E

*willi delaney*
*322 jefferson street, nw*
*Washington, dc 20011*
*202.829.03681*
*202.726.5002 fax*

October 10, 2007

The Honorable Ricardo M. Urbina
Judge
U.S. District Court
Washington, DC

Dear Judge Urbina:

I am writing this letter as a personal reference for Dr. Brenda Belton.

I have known Brenda Belton in a social capacity for over 30 years and have found her to be honest, reliable hardworking, conscientious and compassionate. She has proven to be a good friend, an honest person and an upstanding member of the community. As a single parent she worked hard to raise her daughter that depended on her continuously.

She has indicated that she is penitent for her actions. They were completely out of her character.

I trust that the information provided will be of assistance and I will be happy to provide further information, if required.

Respectfully,

Willi Delaney

Cc: Atty. Vincent H. Cohen, Jr.
    Dr. Brenda Belton

# Exhibit F

October 31, 2007


Judge Ricardo M. Urbina
United States District Court
Washington, DC.

Dear Judge Urbina:

I am sending you this letter on behalf of Brenda Belton. I have known Brenda for over
45 years. We served on the District of Columbia Vocational Council together for 5 years.
Since that time, I have experienced Brenda to be a kind, giving and loving person. She
has mentored my son, her godchild for over 30 years. Just as she voluntarily served on
the DC Vocational Council, an organization that provided access to people with
disabilities, Brenda has been a person who has always provided mentorship and whatever
assistance she could to those persons in need, almost to a fault. Judge Urbina, Ms.
Belton, up until this incident, has never been in any type of trouble, she has been a
mentor to many and an outstanding citizen who made a very bad decision. I do believe
that Brenda should pay restitution for her crime. Therefore, I am asking that you
consider utilizing her skills and talents in the field of education to the benefit of many
who are underserved and undereducated in this community and not send her to a
correctional facility.

Thank you for your time.

Sincerely,

Jacqueline E. Creek

Jacqueline Creek

# Exhibit G

Mr. Donald V. Lyles
2314 Morris Ave Apt C
Bronx, New York 10468

Oct 29, 2007

To: Judge Ricardo M. Urbina
United States District Court
Washington, DC

Your Honor ; I'm writing this letter as a testament of character for Dr. Brenda L. Belton. I've known Dr. Belton for over Forty-Six years. She happens to be my Aunt.

Ever since I could remember my Aunt has always been a very loving and family orientated person. She has always stressed the importance of education. I remember once when I was in middle school. I was having problems with one of my teachers, she came up from D.C. to audit the class and afterwards myself and the other black students in the class our grades improved dramatically. I do not know what happened or what findings she reported to the Principal and or the Board of Education, but I do know I made the Honor roll and Dean's list every year since. And I thank her for that to this day.

When both of my parents passed away in 1978 I was only 17 years old. She took me into her home and enrolled me into College. I must say that I was not ready for school at the time. She stuck by me in my time of being depressed over the loss of my parents. When I then decided to leave D.C. and return to New York she still gave me her unyielding support. After a few years of working in the security field I then joined the United States Navy.
While enlisted my Aunt always told me to become the best at the job I chose and I was the best cook/ baker aboard my ship. With her encouragement I went to Culinary School on my off time.

My Aunt is a person who believes in what The Bible says : Do unto others as you have others do unto you !! Ever since I can remember she has been an educator. I remember when she on the Board of Trustees at University of District of Columbia. She has always wanted to change the educational system to make it better. And as far as I know she has.
She has taught me that hard work always pays off. Without her love and support I would not be the man that I am today. Today I have a wife and two children my daughter is 19 and a Certified Audio Engineer and will be attending St. Johns University this coming January. My son is 13 and he is an honor roll student and has been for the last 4 years. He will be attending Bronx High School of Science or Stuyvesant High School next year.

I know in my heart that my Aunt Dr. Brenda L. Belton did not do anything wrong. Please find it in your heart to show her some kindness when making your ruling at sentencing.


Respectfully,
Donald V. Lyles

# Exhibit H

Ms. MaryAnn Rowe B.P.S.

2314 Morris Ave Apt C

Bronx, New York 10468

October 29, 2007

To: Judge Ricardo M. Urbina

United States District Court

Washington, DC.

Your Honor, I am writing you to speak to you about a woman I came to know, love and respect . Her name is Brenda Belton, I have known her now for over 15 years. She is the aunt of my husband and children. I know this wonderful woman as an inspiration to many African American women in New York as well as in the Washington DC areas. She has inspired and encouraged others as well as myself to go back to school, and get higher education in order to improve our economical situation in life.

I know that this woman loves her job. She is a born educator. Education is what she breathes and lives by. She really believes in the Charter School System. She have explained to my family over and over again how the Charter School System work and will benefit our child to go to a Charter School. She believes the Charter School System is a way for underprivileged and economically deprived individuals a way to improve their life and economical standing in life. Education is the key to it all.

Her strong belief in the system allows me to know there is nothing that she would  do to take away from providing other a better way of life. I am proud to say I know Brenda Belton. I asking you your honor to show mercy in your ruling, she is an inspiration to many African American women.

Sincerely,

MaryAnn Rowe B.P.S

# Exhibit I

**Earnest A. Green**
9229 North 102nd Street
Scottsdale, Arizona 85258

November 1, 2007

Honorable Judge Ricardo M. Urbina
United States District Court
Washington, D.C. 20001

Dear Judge Urbina:

I am pleased and honored to write this letter on behalf of Dr. Brenda Belton – a colleague and friend of 46 years, as well as a fellow Vocational Education Council Member. The circumstances under which this letter is being written are unfortunate, but each of us has been given at least one opportunity in our lifetime to repent, atone for our mistakes, and start anew. It is my understanding that Brenda has acknowledged to the Court and the citizens of the District of Columbia that she made a mistake and has asked for forgiveness. On behalf of her family and friends, I ask that you take into consideration her lifetime of service to the community, at large, and offer some leniency in your decision.

In 1986, I was appointed by Mayor Marion Barry to represent the business community as a member of the State Council on Vocational Education. Brenda was the Executive Director of the District of Columbia's Council. Through her leadership and guidance, the programs in the District and in every state and territory in the United States thrived. Her testimonies before Congress and the President of the United States enabled the legislation to fund the future of Vocational Education.

Dr. Brenda Belton has been instrumental as a major voice for individuals pursuing vocational education and training in the United States. During my tenure as National President of the State Councils on Vocational Education, her hard work and dedication to all persons engaged in this national cause was not only remarkable, but raised the bar on Vocational Education – past, present and future.

Brenda stands before you, today, facing the consequences of her recent actions. I pray that you recognize her many contributions and allow her the opportunity to utilize these skills and talents to compensate for her mistake. We, her friends and family, stand by her, ready to support and assist her in the repayment of the debt that was incurred.

Respectfully submitted,

*Earnest Green*
Earnest Green

# Exhibit J

Leonard H. Bennett
Postnet Suite 53, Private Bag X1
Melrose Arch
Johannesburg South Africa 2076
Fax:  27 11 880-8041

September 4th, 2007

Judge Ricardo M. Urbina
United States District Court
Washington D.C.

Your Honor;

My name is Leonard Bennett. I have been a licensed attorney in Philadelphia,
Pennsylvania for the past 15 years.(License # 59108). I have known and revered Dr.
Belton since I was 5 years old. I now reside in Johannesburg, South Africa.

The core of my plea for leniency is evidenced in her life's work as an educator.
Education is one of those professions chosen with altruistic intentions.  For an educator,
the whole premise for the teaching and the administration of learning is to avail the best
opportunities society has to offer to all who are willing and able to acquire such
knowledge. For decades, Dr. Belton has played a role in the training of young minds with
the hope that they would qualify for a better life. Her rise within the ranks of an almost
thankless vocation is testament to her commitment and many years of teaching and
demonstrating excellence.

Now, with a single blemish on her stellar career, Your Honor's sentence will either echo
the hope and liberation that she taught or render her life's work to naught.  A
probationary sentence seems the only appropriate acknowledgement of what Dr. Belton
stood for as an educator.  Prison is synonymous with those who have forsaken the
benefits of education, and succumbed to a self centered life, bereft of any benefits or
service to society. Education is the practically the antithesis of incarceration.  It would be
a bitter irony and indeed a cruel punishment for this sincere educator to find herself
imprisoned.

Those of us who know her fully recognize that her admissions do not diminish the worth
of her character.  The love and respect we hold for is too bright to be dimmed by this
lapse.

I ask that you weigh her character, the success she has achieved in her noble profession,
and the value of her years of service to society. On whole, when considering all factors, it
is my plea that you will find a probationary sentence as a sufficient penalty.

Respectfully,

Leonard H. Bennett, Esq.

# Exhibit K

Judge Ricardo M. Urbina
United States District Court
Washington, DC

October 29, 2007

Reference: Brenda Belton

Dear Judge Urbina:

I write this letter in support of character for Dr. Brenda Belton. Before I share my reasons of support I would like to say it is my honor to communicate with you and I appreciate your ability to be fair and open minded.

I have known Dr. Belton for more than twenty-eight years. We met at church where Brenda was instrumental in founding a branch chapter of a metaphysical non-denominational church from Atlanta, Georgia. It was there that I watched Brenda demonstrate leadership, many acts of unselfishness and great integrity. Many in the church community looked to Brenda for leadership, spiritual counseling and this continues to the present.

Over the years Brenda and I have remained in contact both personally and professionally. In the professional arena I have witnessed Brenda's commitment to enhancing the quality of education for the students of the District of Columbia through vocational programs and charter school programs. I am aware this statement contractdicts the charges brought against Brenda, however as a parent and educator, I viewed Brenda's performance as exemplanary. Contrary to what is written via the media, Brenda is a decent person who made a mistake. It is unfortunate that her mistake in judgment clouds her reputation, moral character and the great work she has done.

Recently, I read an article in the Washington Post covering the pending sentencing of Brenda whereby the Deputy Mayor of Education requested a harsh sentencing and blamed Brenda for the district's low-test scores. My first thought was here is a man who was caught plagiarizing North Carolina's School System's educational plan as his own and rallying for punishment of others who erred. The Deputy Mayor was forgiven for his actions and has been allowed to remain in his position. He of all people should realize the importance of forgiveness. With reference to test scores, citizens and scholars alike realize it will take years to improve the quality of test scores for our District's students due to a historical failure to properly educate our students. This problem did not begin, nor will it end with Brenda Belton.

In closing your Honor, I beseech upon you to grant leniency in your decision of Brenda Belton's fate.

Respectfully Submitted

Deborah Hayman

# Exhibit L

10114 Brock Drive
Silver Spring, MD 20903
October 28, 2007

Judge Ricardo M. Urbina
United States District Court
Washington, D.C.

Dear Judge Urbina:
I am writing this letter regarding Dr. Brenda Belton. I served on the D.C. Vocational Advisory Council when Brenda worked as the Executive Director. I found her to be very committed and compassionate about developing vocational programs that would provide DC students with the skills necessary to qualify and acquire employment after graduating from high school. As you may know, many of the youth graduating from DC public schools are not able to go on to college so the skills they receive in high school must prepare them to enter the world of work.

Brenda was extremely successful in bring the public and private sectors together as a way of developing employment opportunities for those who had problems accessing the business community.

Brenda had a special interest in working with students with disabilities and their parents to ensure their full participation in the educational system.

I have known Brenda for more than twenty years, during this time I found her to be most interested in making sure that the youth of the District of Columbia receive the best education possible.

Sincerely,

Ethel D. Briggs

# Exhibit M

October 30, 2007

Judge Ricardo M. Urbina
United States District Court
Washington, DC

To the Honorable Judge Ricardo M. Urbina:

My name is Pastor R. Alexander, a childhood friend of Dr. Brenda Belton. My
first acquaintance with Dr. Belton, who I will refer to during this letter as Brenda
started back in the late 50's. We completed both our Jr. and High School
education at the same learning institutes.

We have maintained our friendship over the last 50 years+ because of the
relationship that was formed based on our interaction one with another, our
immediate families (parents) and with our children and my grandchildren. During
this time, I have found that Brenda was always willing to give a helping hand,
whether she was personally aware of the person's situation or was made aware
by someone else.

I am aware that Brenda has entered a guilty plea in these instant matters. But for
to the person that I am acquainted with, I resolve that my prayers, support and
love at this time in her life, outweigh the spotlight that is upon her at this time.

I pray that all who will play a part in the judgment of such actions will find mercy
for her in their hearts and rule accordingly.

Respectfully,

*R. Alexander*
Pastor R. Alexander

# Exhibit N

November 3, 2007

The Honorable Judge Ricardo M. Urbina
333 Constitution Ave. N.W.
United States District Court
Washington D.C.

Dear Judge Urbina,

I am writing this letter on behalf of Dr. Brenda Belton, whom I've known for about twenty-five years. I met Dr. Belton when we were both members of the Unity Center of Truth, a church in Washington D.C. I also had the opportunity during that time, to tutor her daughter, a very bright and intelligent student.

Dr. Belton has always lived by the highest standards and exemplified the most notable character. I highly respect her work and her commitment to the children and youth of this community.

An example of her commitment to high ideals is seen in advice she once gave me when she became aware of a brewing conflict on the Board of the Ideal Academy Public Charter School. As the founder and a member of the Board of Trustees of IAPCS, I once called Dr. Belton distressed about challenges within the Ideal Board and ready to seek legal assistance for resolution. She counseled me and helped me to make the higher choice, one that would not result in splitting, in-fighting or divisiveness. She reminded me that our school is a good one and that we did not want to do anything that may bring a negative image to the program or to the students. She brought me back to the understanding that working for unity in the school was the most powerful way that I could continue to help our children. As a result of her advice I shifted my perspective and changed my approach. The Board is now working together more harmoniously and making major strides toward realizing our goal of excellence for our children. I am grateful that at the time of a near crisis in our operations, Dr. Belton listened and steered me in an upward direction.

In closing I can state with unwavering conviction that the good that Dr. Belton has contributed to this community far out weighs any mistakes that she may have made and any alleged charges that the news media has already tried and convicted her of.

Thank you in advance for your consideration of this letter.

Yours truly,


Paulette Jones-Imaan

# Exhibit O

October 31, 2007

The Honorable Richardo M. Urbina
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina:

I pray that you will consider this fervent petition for leniency in a favorable light when you consider the upcoming sentencing hearing for Dr. Brenda Belton.

I have known Dr. Brenda Belton since 1985 when we served together as board members of the Unity Church of Washington, DC, where she volunteered her time, talent and treasure to make a difference in the lives of many in the community.

In addition, Dr. Brenda Belton volunteered with me at the IDEAL SCHOOL Of WASHINGTON, DC, a small private school program I co-founded, serving young males with special needs related to serious emotional and/or learning disabilities. This program depended on her leadership to serve hundreds of a most difficult student cohort. Dr. Belton was patient and kind. I can say without fear of contradiction that she was personally responsible for giving many young boys the ability to hope and develop positive alternatives to lives of crime and drugs that many were involved in prior to their enrollment at IDEAL.

Dr.Brenda Belton is currently a member of the Divinity Center of Washington, DC, of which I am the co-founder.  I know of her personal generosity in giving her time, money and energy to help and advise many.

Daily, as a minister in the community, I engage with individuals to try to help them to seek a changed and better life. In spite of this personal challenge, Dr Brenda has been generous in donating her time and material resources without fanfare or the need for credit or applause. Harsh punishment of her would be a tremendous loss to the community without her leadership available for any length of time. A more effective option would be your consideration of allowing her to continue her distinguished role as a community leader. It must be emphasized that Dr. Brenda has many positive qualities that must not be discounted or be overshadowed by her error in your deliberation. Harsh punishment is not merited in this case and would not serve well either the public's or the defendant's redemption in this matter.

Sincerely,


The Reverend Taiwo S. Inman
Co-Founder, *THE DIVINITY CENTER FOR BETTER LIVING*

**274 Carroll Street, NW WASHINGTON DC  20043 www.divintycenter.net,
RevT@mysoulmission.com 202-725-1736**

# Exhibit P

Judge Ricardo M. Urbina
United States District Court
Washington. D.C.

To the Honorable Judge Urbina:
I wish to speak to the character of Brenda Belton. I have known her for over 20 years.
During this time I have known Brenda to be a very energetic, wise and resourceful
educator whose primary focus is helping the students of the Disrtict of Columbia Schools.
Her aim has always been to provide  quality education to all students.

Addtionally Brenda has been a very inspiring friend  in supporting me in my own
spiritual development. We share similar religious beliefs. She introduced me to various
support systems and resources for my spiritual growth.This has trully enabled me to be a
more well rounded person.

I also have high regards for Brenda as a single parent. She invested quality time in her
daughter's spirtual, educational , physical and psychological growth.This inspired me to
spend more time with my own neices and nephews. Her unselfish personality has open
doors for many who possibly may not have had  opportunities to EXCEL.

Thank You,
Ikeco Portee

# Exhibit Q

Judge Ricardo M. Urbina
United States District Court
Washington,DC

I have known Dr. Brenda Belton for over 20 years. Throughout these many years I have found her to be a person whose life has been centered around improving the education of the under achiever. Her geninue concern of youth and their future is deep in her soul. She seeks out the best avenue for students to excel. Not only does she encourage students to do their best, she also encourage parents to become advocates for their children's academic success. Iam one of those parents.When she speaks you automatically listen to her sound advice on SELF RESPECT.

Her encouraging words and sound advice enabled me to assist my son in: improving his SAT Score and making wise decisions in choosing a college.The end result of her advice warranted my son an under graduate degree in Business Administration and a Masters' Degree in Accounting. He is gainfully employed and is quite marketable in the Corporate World.

Her kindness and willingness to share knowledge with others has improved the quality of many people.She exhibits her belief that inner city youth are bright and are our future by exposing them to the arts and the richness and history of Washington, D.C. Her strong desire to bring out the best in ALL STUDENTS , sharing knowledge and a willingness to share are all the elements of her character.

Thank You,
Vivian Fairnot

# Exhibit R

**Earline Matthews**
**404 O Street, NW**
**Washington, D.C.    20001**
**(202) 234-9769**

October 30, 2007

Judge Richardo M. Urbina
United States District Court
Washington, DC 20001

Dear Judge Urbina:

I am pleased to have the opportunity to write a letter for Brenda Belton.  I have known Brenda for over forty years.

I have been highly impressed with her talents, skills and leadership abilities. Through her daily life she exemplifies the Fruits of the Spirit - love, joy, peace, patience, kindness, goodness, faithfulness, gentleness and self control.

Ms. Belton is a very good mother, sister and friend.

Sincerely,

Earline Matthews