OCT-04-2007 11:22 AM                                                    P.01

HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

# FILED

NOV 2 9 2007

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **Docket No.: 07-CR-142** |
| : | |
| **vs.** : | |
| : | |
| **BELTON, Brenda** : | **Disclosure Date: September 20, 2007** |

~~YER WHITTINGTON, CLERK~~
~~3. DISTRICT COURT~~

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

**(CHECK APPROPRIATE BOX)**
( ✓ )  There are no material/factual inaccuracies therein.
(    )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _October 2007_
**Prosecuting Attorney**                                              **Date**

#### For the Defendant

**(CHECK APPROPRIATE BOX)**
(    )  There are no material/factual inaccuracies therein.
( X )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 10/4/07                    _____ 10/4/07
**Defendant**                    **Date**                    **Defense Counsel**                    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by October 4, 2007, to U.S. Probation Officer Kelli Cave, telephone number (202) 565-1357, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Gennine A. Hagar, Chief
         United States Probation Officer