HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA      :   Docket No.: 07-CR-142
                              :
vs.                           :
                              :
BELTON, Brenda                :   Disclosure Date: September 20, 2007

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                     _____
Prosecuting Attorney                                                  Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 10/4/07                        _____ 10/4/07
Defendant          Date                          Defense Counsel    Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **October 4, 2007**, to U.S. Probation Officer **Kelli Cave**, telephone number **(202) 565-1357**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Gennine A. Hagar, Chief
    United States Probation Officer

Case 1:07-cr-00142-RMU    Document 20    Filed 11/29/2007    Page 2 of 6

# SO SCHERTLER & ONORATO, L.L.P.

| | | |
|---|---|---|
| David Schertler<br>*DC & IL Bars* | Vincent H. Cohen, Jr.<br>*DC, MD & NJ Bars* | Habib F. Ilahi<br>*DC & TX Bars* |
| Danny C. Onorato<br>*DC & CA Bars* | David H. Dickieson<br>*DC, MD, VA & PA Bars* | Carroll Crumbaugh Love<br>*DC & MD Bars* |
| | Lisa Fishberg<br>*DC, MD & NY Bars* | Julie L. Mitchell<br>*DC, MD & VA Bars* |
| | Mark E. Schamel<br>*DC, MD & NY Bars* | Mansi J. Shah<br>*VA Bar* |
| | Robert J. Spagnoletti<br>*DC, NJ, NY & TX Bars* | Michael Starr<br>*DC Bar* |
| | | Peter V. Taylor<br>*DC Bar* |

October 4, 2007

TO:     Kelli Griffin Cave
        United States Probation Officer
        202-273-0242 (Facsimile)

FROM:   Vincent H. Cohen Jr.

### RE:    **Objections to Presentence Investigative Report for Dr. Brenda Belton**

Please find below the objections undersigned counsel and Dr. Brenda Belton make to the Presentence Investigative Report ("PSR") in case no. CR-07-142-01. It is our position that the Offense Level Computation as itemized on p.12-13 is incorrect and does not accurately reflect the terms of the plea agreement that the government and the defendant entered into in this matter.

Specifically, the total offense level calculated in the PSR has a combined adjusted offense level of 24 with a total offense level of 21 after a 3 point adjustment for acceptance of responsibility. According to the plea agreement, all of the federal charges were to be grouped together per U.S.S.G § 3D1.2 and the government stated it would not seek consecutive time with respect to the DC Tax evasion charge. *See* Plea at p.2-3 Fn 1. It is our position that the correct combined adjusted offense level should be 20 with a total offense of 17 after deducting the 3 point adjustment for acceptance of responsibility.

---

ATTORNEYS AT LAW | 601 Pennsylvania Avenue, N.W.<br>North Building, 9th Floor<br>Washington, D.C. 20004-2601 | 202.628.4199<br>202.628.4177 *fax*<br>www.schertlerlaw.com

Case 1:07-cr-00142-RMU    Document 20    Filed 11/29/2007    Page 4 of 6

*See* Plea at p.2-3. Consequently, the change of the total offense level to 17 makes the highest stipulated Sentencing Guideline range 24-30 months.[1] *See* Plea at p.4 ¶ C.

Other than the above described objections, we do not see any other material inaccuracies in the PSR at this time. We reserve the right to amend our objections and address any additional issues in a separate memorandum of sentencing that we intend to file with the Court. If you have any questions or concerns, please contact me at 202-628-2462. Thanks for you consideration in this matter.

Sincerely,

Vincent H. Cohen, Jr.

cc. Timothy G. Lynch
555 4th Street, NW
Room 5233
Washington, DC 20530
202-353-4862

---

[1] You are correct in stating that the government reserved the right to argue for a two point enhancement for Organizer/Leader. *See* PSR at ¶ 6. If the government is successful and the offense level is 19 than the highest stipulated guideline range is 30-37 months.