HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

JAN 1 1 2008

UNITED STATES OF AMERICA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

vs.

BELTON, Brenda                    Docket No.: 07CR00142

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __BELTON, Brenda__ having been sentenced, on November 29, 2007, in the above case to the custody of the Bureau of Prisons, surrender herself to the Bureau of Prisons by reporting to __FPC Alderson__, in __Alderson, WV__ by 2 p.m., on __February 13, 2008__.

__1/11/08__
Date

__Ricardo M. Urbina__
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

__[signature]__                           __Brenda Belton__
**ATTORNEY/U.S. PROBATION OFFICER**        **DEFENDANT**

Revised 6-2004