**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.: 07-142 (RMU) |
|  | ) |  |
| v. | ) | Honorable Ricardo M. Urbina |
|  | ) |  |
| **BRENDA BELTON** | ) |  |
|  | ) |  |
| **Defendant** | ) |  |

## MOTION TO EXTEND SELF_REPORT DATE BY ONE DAY

Defendant Brenda Belton, through undersigned counsel, respectfully requests that this Court allow her to self-surrender at FPC Alderson in Alderson, West Virginia on Thursday, February 14, 2008. Dr. Belton was currently scheduled to self-surrender on Wednesday, February 13, 2008. However, due to inclement weather in Newark, New Jersey, where she is currently residing with her daughter, her travel plans were severely hampered and as a result, her original flight out of Newark was cancelled yesterday, February 12, 2008.

Dr. Belton has made immediate arrangements to get to FPC Alderson on February 14, 2008. She will be leaving Newark, New Jersey on February 14, 2008 at 7:45 a.m. on Delta Flight #4799, which lands in Cincinnati, Ohio. She will be leaving Cincinnati, Ohio at 11:40 a.m. on Delta Flight #6384, arriving in Roanoke, VA at 12:48 p.m. It is an approximate 2-hour drive from the Roanoke airport to FPC Alderson. Dr. Belton anticipates arriving at FPC Alderson at approximately 3:30 p.m. on February 14, 2008.

An assistant with undersigned counsel's law firm has attempted to contact the United States Marshals Service to discuss Ms. Belton's travel difficulties.

WHEREFORE, for the above-stated reasons, Dr. Belton respectfully requests that the Court grant her leave to self-surrender at FPC Alderson on Thursday, February 14, 2008.

Dated: February 13, 2008    Respectfully submitted,

/s/
Danny Onorato (D.C. Bar No. 480 043)
Schertler & Onorato, LLP
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, D.C. 20004
*202-628-4199 Telephone*
*202-628-4177 Facsimile*

*Counsel for Ms. Belton*