UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   :
:
v.   :   Criminal Action No.:   07-0142 (RMU)
:
BRENDA BELTON,   :
:
Defendant.   :

**ORDER**

Upon consideration of the defendant's motion to extend self-report date, for good cause shown therein, and upon consideration of the government's telephonic representation that it does not oppose the motion, it is this 13th day of February 2008, hereby

**ORDERED** that the defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that the defendant self-surrender to FPC Alderson on February 14, 2008.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge

FILED

FEB 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT